**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSE AUDEN BUSTAMANTE-CARRILLO,** | § § § | |
| **Petitioner,** | § § | **EP-26-CV-01670-DB** |
| **v.** | § § | |
| | § | |
| **WARDEN**, *T. Don Hutto Detention Center*, *et al.*, | § § § | |
| **Respondents.** | § | |

## ORDER TRANSFERRING CASE

On this day, the Court considered Petitioner Jose Auden Bustamante-Carrillo's "Petition for Writ of Habeas Corpus," ECF No. 1, filed on June 18, 2026. Therein, Petitioner asserts he "is currently confined at the T. Don Hutto Detention Center in Taylor, Texas." ECF No. 1 at 2.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk's Office **SHALL TRANSFER** the above-captioned case to the Western District of Texas – Austin Division for adjudication.

**SIGNED** this **22nd** day of **June 2026.**

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**